**LITTLER MENDELSON, P.C.**
Lauren J. Marcus, N.J. Bar No. 030012009
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
*Attorneys for Defendant*
*Trackonomy Systems, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TSVETANKA PELTEKOVA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown),<br><br>Defendants. | Civil Action No.   2:24-cv-4530<br><br>**NOTICE OF REMOVAL**<br>**(Diversity Jurisdiction)**<br><br>*Electronically Filed* |

**TO:   THE CLERK AND THE HONORABLE JUDGES**
**OF THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

Defendant Trackonomy Systems, Inc. (hereinafter, "Defendant"), by and through its undersigned counsel of record, hereby files this Notice of Removal of the above-captioned action to the United States District Court for the District of New Jersey, from the New Jersey Superior Court, Hudson County, where the action is now pending, as provided by Title 28, United States Code, Chapter 89 and states:

## STATE COURT ACTION

1.   Plaintiff Tsvetanka Peltekova ("Plaintiff") commenced this action by filing a Complaint in the Superior Court of New Jersey, Law Division, Hudson County on February 27, 2024 entitled *Tsvetanka Peltekova v. Trackonomy Systems, Inc., Mac McGary, and John Does 1-*

5, bearing Docket No. HUD-L-000786-24 (the "State Court Action"), alleging claims of discrimination and harassment arising from her employment with Defendant.  The State Court Action is now pending in that court.

2.     Plaintiff served Defendant with the Summons and Complaint on March 6, 2024. Attached as **Exhibit A** is a copy of Plaintiff's Summons and Complaint in the State Court Action, which are the only documents that have been filed in the State Court Action.  The aforementioned documents constitute all "process, pleadings and orders" Plaintiff served upon Defendant in the State Court Action, pursuant to 28 U.S.C. § 1446(a).

3.     Plaintiff filed an affidavit of service stating he purportedly served defendant Mac McMGary with the Summons and Complaint on March 18, 2024.

4.     All defendants who have been served in this matter consent to its removal.

5.     This Notice of Removal is timely filed within 30 days of service on Defendant and within one year of the commencement of the State Court Action as required by 28 U.S.C. § 1446(b)(3) and 1446(c)(l).

## DIVERSITY JURISDICTION

6.     The United States District Court for the District of New Jersey has diversity jurisdiction in this case based on 28 U.S.C. § 1332.  Diversity jurisdiction exists when the amount in controversy exceeds $75,000, exclusive of interest and costs, and the dispute is between citizens of different states.  *Id.* at § 1332 (a)(1).  As explained below, both of these requirements have been met.

### A.     Citizens of Different States

7.     Plaintiff is an individual and in her Complaint, she alleges that she is a resident of New Jersey.  (*See*, Exhibit A, Complaint).  Thus, for diversity purposes, Plaintiff is a citizen of New Jersey. *Washington v. Hovensa LLC*, 652 F.3d 340, 344 (3d Cir. 2011) (citizenship is

determined by domicile); *Krasnov v. Dinan*, 465 F.2d 1298, 1300 (3d Cir. 1972) ("Where one lives is prima facie evidence of domicile.").

8.      As of the time when Plaintiff commenced the State Court Action, as well as at the time of the instant removal, Defendant was and is a corporation and is not a citizen of New Jersey. For purposes of diversity jurisdiction, a corporation is deemed to be a citizen of the state in which it was incorporated and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). A corporation's principal place of business is its "nerve center" – the place "where a corporation's officers direct, control, and coordinate the corporation's activities." *Hertz Corp. v. Friend,* 559 U.S. 77, 92-93 (2010).

9.      Defendant is a corporation organized and existing under the laws of Delaware. Defendant's principal place of business is California, with its headquarters and principal executive office in San Jose, California.  Therefore, Defendant is a citizen of Delaware and California, and is not a citizen of New Jersey, for purposes of diversity jurisdiction.

10.     Individual defendant Mac McGary is a resident and citizen of California.

11.     Fictitious defendants are disregarded in determining diversity jurisdiction. See 28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded."). See Mucci v. Decision One Mortg., No. CIV.A. 12-1840 JLL, 2012 WL 3757035, at *3 (D.N.J. Aug. 9, 2012), report and recommendation adopted, No. CIV.A. 12-1840 JLL, 2012 WL 3757290 (D.N.J. Aug. 28, 2012) ("The citizenship of parties with fictitious names such as 'John Doe' or ABC Corporation are disregarded for purposes of determining diversity.").

12.     Accordingly, complete diversity exists because Plaintiff and all defendants are citizens of different states and removal is proper. 28 U.S.C.§ 1332(a)(1).

**B.     Amount in Controversy Met**:[1]

13.     The amount in controversy in the State Court Action exceeds the sum of $75,000 as required by 28 U.S.C. § 1332, assuming the truth of the allegations in the Complaint and the validity of Plaintiff's claims, computed on the following basis.

(a)     In the Complaint, Plaintiff alleges a violation of the New Jersey Law Against Discrimination ("LAD"), as well as negligent infliction of emotional distress, and intentional infliction of emotional distress.  (*See* Ex. A, Compl.).  The damages Plaintiff seeks include (but are not limited to): compensatory damages, punitive damages, attorneys' fees, interest, and any other appropriate relief. (*See* Ex. A, Compl., "Wherefore" clauses).

(b)     Plaintiff's Complaint does not specify the amount she seeks to recover from Defendant.  Under 28 U.S.C. § 1446(a), "a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014).

(c)     At the time of Plaintiff's termination from employment, Plaintiff was earning $165,000 per year and was eligible for a discretionary bonus.  Even absent a claim for lost wages, Plaintiff's claim for compensatory damages, coupled with attorneys' fees and punitive damages satisfied the amount in controversy requirement.  *Id*. at 145-46.  Plaintiff also seeks attorney's fees, which are a "necessary part of the amount in controversy if such fees are available

---

[1] Defendant does not concede that Plaintiff's allegations are true or that her claims have any merit. Defendant provides the following only to demonstrate that the amount in controversy, based on the demand and relief sought by Plaintiff, taken as a whole far exceeds the $75,000 jurisdictional requirement.  Thus, this Court has original jurisdiction over the claims asserted by Plaintiff in this action based on diversity of citizenship jurisdiction under 28 U.S.C. §§ 1332(a) and 1441(a).

to successful plaintiffs under the statutory cause of action [asserted]." *See Goralski v. Shared Techs., Inc*., 2009 U.S. Dist. LEXIS 69042, *16 (D.N.J. Aug. 7, 2009) (citation omitted).

(d)    According to a reasonable reading of the Complaint and the damages claimed therein, the amount in controversy, is in excess of $75,000. *See Angus v. Shiley, Inc.*, 989 F.2d 142, 146 (3d Cir. 1993) (where plaintiff does not set a limit for damages, the Court should make a reasonable reading of the value of the claim that plaintiff has asserted and come to an independent valuation of the amount plaintiff has claimed).

14.    Accordingly, this Court possesses original jurisdiction over this action under 28 U.S.C. § 1331 (a), which provides for original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

## VENUE

15.    This Notice of Removal is being filed in the United States District Court for the District of New Jersey, the district court of the United States for the district and division within which the State Court Action is pending, as required by 28 U.S.C. §§ 1441(a) and 1446(a). Attached as **Exhibit B** is a copy of the Notice of Filing of Notice of Removal to the Clerk of the New Jersey Superior Court, the original of which will be filed with the New Jersey Superior Court Clerk, Law Division, Hudson County as required by 28 U.S.C. § 1446(d).

## NOTICE TO PLAINTIFF

16.    Upon filing of the Notice of Removal, Defendant gave written notice thereof to Plaintiff's counsel, Michael J. Epstein, Esq., Epstein Law Firm, P.A., pursuant to 28 U.S.C. § 1446(a).  Attached hereto as **Exhibit C** is a copy of the Notice to Adverse Party of Filing of Notice of Removal, the original of which is being served on Plaintiff's counsel.

17.    By filing this Notice of Removal, Defendant does not waive any objections they may have as to service, jurisdiction, or venue, or any other defenses available to it at law, in equity or otherwise.  Defendant intends no admission of fact or law by this Notice of Removal and expressly reserves all defenses and motions.

18.    If the Court should be inclined to remand this action, Defendant requests that the Court issue an Order to Show Cause why the case should not be remanded, providing Defendant an opportunity to present briefing and argument prior to any possible review.  Because a remand order is not subject to appellate review, such a procedure is appropriate.

19.    As required by 28 U.S.C. § 1446(a), this Notice of Removal is signed under Rule 11 of the Federal Rules of Civil Procedure.

**RELIEF REQUESTED**

20.    Defendant requests that the United States District Court for the District of New Jersey assume jurisdiction over the above-captioned action and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial of this action.

**WHEREFORE**, Defendant respectfully requests that the foregoing action be removed from the Superior Court of New Jersey, Law Division, Hudson County, to the United States District Court for the District of New Jersey.

Respectfully submitted,

**LITTLER MENDELSON P.C.**
*Attorneys for Defendant*
*Trackonomy Systems, Inc.*

Dated:  April 4, 2024

*/s/ Lauren J. Marcus*
Lauren J. Marcus

# EXHIBIT A

George E. Morton, III, Esq. 411182022
**THE EPSTEIN LAW FIRM, P.A.**
340 West Passaic Street
Rochelle Park, New Jersey 07662
(201) 845-5962
Attorneys for Plaintiff

|  |  |
|---|---|
| TSVETANKA PELTEKOVA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – HUDSON COUNTY<br>DOCKET NO. HUD-L-786-24<br><br><u>Civil Action</u><br><br>**SUMMONS** |

FROM THE STATE OF NEW JERSEY TO:

### TRACKONOMY SYSTEMS INC.

The plaintiff named above has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deputyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer of the State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Clerk) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services offices in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deputyclerklawref.pdf.

Dated:   February 28, 2024

/s/ Michelle M. Smith
Clerk of the Superior Court

Name of the Defendant(s) to be Served:   TRACKONOMY SYSTEMS INC.
Address of the Defendant(s) to be Served:   214 Devcon Drive
San Jose California 95112

COUNTY LAWYER REFERRAL/LEGAL SERVICES CONTACT INFORMATION

| | | |
|---|---|---|
| New Jersey Bar Association<br>Lawyer Referral Service<br>   (732)249-5000<br><br>Legal Services of New Jersey, Inc.<br>   (908)572-9100 | Gloucester County<br>Gloucester County Bar Association<br>Lawyer Referral Service<br>   (856)848-44071<br>*Regional Legal Services<br>   (856)848-5360 | Passaic County<br>Passaic County Bar Association<br>Lawyer Referral Service<br>   (973)278-9223<br>Passaic County Legal Aid<br>   (973)523-2900 |
| Atlantic County<br>Atlantic County Bar Association<br>Lawyer Referral Service<br>   (609)345-3444<br>Cape-Atlantic Legal Services<br>   (609)348-4200 | Hudson County<br>Hudson County Bar Association<br>Lawyer Referral Service<br>   (201)798-2727<br>Hudson County Legal Services<br>   (201)792-6363 | Salem County<br>Salem County Bar Association<br>Lawyer Referral Service<br>   (856)935-5629<br>*Regional Legal Services<br>   (856)496-4570 |
| Bergen County<br>Bergen County Bar Association<br>Lawyer Referral Service<br>   (201)488-0044<br>Bergen County Legal Services<br>   (201)487-2166 | Hunterdon County<br>Hunterdon County Bar Association<br>Lawyer Referral Service<br>   (908)200-7822<br>Hunterdon County Legal Services<br>   (908)782-7979 | Somerset County<br>Somerset County Bar Association<br>Lawyer Referral Service<br>   (908)685-2323<br>Somerset-Sussex Legal Services<br>   (908)231-0840 |
| Burlington County<br>Burlington County Bar Association<br>Lawyer Referral Service<br>   (609)261-4862<br>*Regional Legal Services<br>   (609)261-1088 | Mercer County<br>Mercer County Bar Association<br>Lawyer Referral Service<br>   (609)585-6200<br>Legal Aid Society-Mercer County<br>(609)695-6249 | Sussex County<br>Sussex County Bar Association<br>Lawyer Referral Service<br>   (973)267-5882<br>Somerset-Sussex Legal Services<br>   (973)-383-7400 |
| Camden County<br>Camden County Bar Association<br>Lawyer Referral Service<br>   (856)482-0618<br>*Regional Legal Services<br>   (856)964-2010 | Middlesex County<br>Middlesex County Bar Association<br>Lawyer Referral Service<br>   (732)828-0053<br>Middlesex County Legal Services<br>   (732)828-3433 | Union County<br>Union County Bar Association<br>Lawyer Referral Service<br>   (908)353-4715<br>Union County Legal Services<br>   (908)354-4340 |
| Cape May County<br>Cape May County Bar Association<br>Lawyer Referral Service<br>   (609)463-0313<br>Cape-Atlantic Legal Services<br>   (609)465-3001 | Monmouth County<br>Monmouth County Bar Association<br>Lawyer Referral Service<br>   (732)431-5544<br>Ocean-Monmouth Legal Services<br>   (732)414-6750 | Warren County<br>Warren County Bar Association<br>Lawyer Referral Service<br>   (908)387-1835<br>Warren County Legal Services<br>   (908)475-2010 |
| Cumberland County<br>Cumberland County Bar Assoc.<br>Lawyer Referral Service<br>   (856)696-5550<br>Legal Aid Society<br>   (856)691-0494 | Morris County<br>Morris County Bar Association<br>Lawyer Referral Service<br>   (973)267-5882<br>Legal Aid Society of Morris<br>   (973)285-6911 | |
| Essex County<br>Essex County Bar Association<br>Lawyer Referral Service<br>   (973)622-6204<br>Essex County Legal Aid Assoc.<br>   (973)622-0063 | Ocean County<br>Ocean County Bar Association<br>Lawyer Referral Service<br>   (732)431-5544<br>Ocean-Monmouth Legal Services<br>   (732)608-7794 | * Camden Regional Legal Services,<br>Inc. serves Burlington, Cumberland,<br>Gloucester and Salem Counties. |

Michael J. Epstein, Esq. 034101996
**THE EPSTEIN LAW FIRM, P.A.**
340 West Passaic Street
Rochelle Park, New Jersey 07662
(201) 845-5962
Attorneys for Plaintiff

| | |
|---|---|
| TSVETANKA PELTEKOVA,<br><br>         Plaintiff,<br><br>vs.<br><br>TRACKONOMY   SYSTEMS   INC.,<br>MAC  MCGARY,  and  JOHN  DOES  1-5<br>(name fictitious as presently unknown),<br><br>         Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION –HUDSON COUNTY<br><br>DOCKET NO. HUD-L-<br><br>Civil Action<br><br>**COMPLAINT** |

Plaintiff, TSVETANKA PELTEKOVA (hereinafter referred to as "Plaintiff"), residing at 5366 Riverside Station Blvd, Secaucus, New Jersey by way of complaint against Defendants TRACKONOMY INC., MAC MCGARY, and JOHN DOES 1-5 (hereinafter referred to as "Defendants"), says:

1.     At all times stated herein, defendants, TRACKONOMY SYSYTEMS INC. is located at 214 Devcon Drive, San Jose, California.

2.     At all times stated herein, DEFENDANT, MAC MCGARY, is an employee of DEFENDANTS TRACKONOMY SYSTEMS INC., and EVP of Sales supervising plaintiff in her role at DEFENDANTS TRACKONOMY SYSTEMS INC.

3.     In January 2022, Defendants hired Plaintiff as their employee to work out of and from New Jersey.

4.     At all times stated herein, plaintiff attended meetings, drafted memorandum, and performed all other tasks for Defendants from and in New Jersey. Plaintiff traveled to other locations on short term business trips.

5.      Plaintiff communicated with clients, supervisors, and coworkers from her office in New Jersey.

6.      At the direction of the defendants, plaintiff hosted potential clients in New Jersey in efforts to negotiate and procure clients for defendants.

7.      At all times relevant herein, defendants contacted and communicated with Plaintiff, their employee, while she was employed and worked in New Jersey. Such communications included, but are not limited to, electronic mail, text messages, phone calls, and payments for compensation directly to plaintiff.

8.      At all times stated herein, plaintiff satisfactorily performed her job and otherwise met the legitimate expectations of defendants.

9.      Plaintiff was an excellent employee, and defendants rewarded her with merit-based bonuses almost equal to her yearly salary based on her exemplary performance and professionalism.

10.     Plaintiff worked for DEFENDANT MAC MCGARY, prior to her employment for DEFENDANT TRACKONOMY SYSEMS INC.

11.     DEFENDANT MAC MCGARY, thought so highly of plaintiff that he personally asked her to leave her employment to start working with him for DEFENDANT TRACKONOMY SYSTEMS INC.

12.     Shortly after plaintiff started her employment, DEFENDANTS, TRACKONOMY SYSTEMS INC. and DEFENDANT MAC MCGARY implemented sexual and explicit language into their "lessons" about how to make sales.

13.     Plaintiff was subjected to sexual, explicit, and inappropriate behavior by her superiors, including, but not limited to, and by way of example, when defendants  brought her to

2

explicit and sexual clubs on business ventures and bragged to other employees and prospective clients about "dragging" plaintiff to these clubs.

14.    Plaintiff witnessed the maltreatment of her pregnant coworker, who had their wages garnished and reduced and heard her supervisors, including DEFENDANT MAC MCGARY, constantly addressing team calls and work meetings about the difficulties that pregnant employees cause to the business.

15.    Defendants' inappropriate language was not only reserved for women, but defendants stated that men who took time off and/or missed time at work for their families caused trouble for the business.

16.    Defendants cultivated an environment that caused plaintiff to fear losing her job if she became pregnant.

17.    Plaintiff became pregnant in the Fall of 2023.

18.    Plaintiff feared for her job and attempted to hide her pregnancy.

19.    In January 2024, plaintiff, as part of her duties for DEFENDANTS, was in Canada.

20.    Plaintiff was several months pregnant, and her pregnancy was obvious to those around her.

21.    On January 10, 2024, when plaintiff returned from the trip she spoke with her supervisor, DEFENDANT MAC MCGARY.

22.    DEFENDANT MAC MCGARY complimented plaintiff on her work and was pleased about how plaintiff managed her business accounts.

23.    Less than one hour later, plaintiff received a call from the same supervisor, DEFENDANT MAC MCGARY, who advised that she had been terminated.

24.    In an attempt to cover up defendants' wrongful termination of plaintiff on the basis that plaintiff was pregnant, DEFENDANT MAC MCGARY told plaintiff "You can explain. You

are doing a sabbatical. You're doing a career transition. You're moving, whatever it is you want to describe it. . . rather than saying you were terminated."

25.    On January 12, 2024, plaintiff received an email containing a separation agreement from defendants.

26.    The separation agreement included a release and waiver of liability in an attempt to protect defendants from their unlawful actions.

<u>**FIRST COUNT**</u>
**(Violation of NJLAD – Gender/Pregnancy Discrimination)**

1.    Plaintiff repeats and realleges each and every paragraph above as if set forth at length herein.

2.    At all times stated herein, plaintiff satisfactorily performed her job and otherwise met the legitimate expectations and needs of defendants.

3.    After defendants became aware of plaintiff's pregnancy, defendants started treating her differently.

4.    Plaintiff suffered disparate treatment and was wrongfully terminated as a result of her pregnancy.

5.    As a result of the foregoing, plaintiff has and continues to suffer loss of enjoyment of life, emotional distress, economic harm, pecuniary losses and other compensatory damages as a result of defendants' discriminatory action and wrongful termination.

**WHEREFORE**, plaintiff TSVETANKA PELTEKOVA hereby demands judgment on all counts against defendants TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown), jointly and severally, for compensatory and punitive damages, together with interest, attorneys' fees, costs of suit and such other relief as the Court deems equitable and just.

4

## SECOND COUNT
### (NJLAD – Wrongful Termination)

1.     Plaintiff repeats and realleges each and every paragraph above as if set forth at length herein.

2.     Defendants, through their actions and words, eliminated plaintiff's position when defendants became aware of her pregnancy.

3.     Defendants' rationale that they were laying employees off was a pretext. At the time of plaintiff's termination, on information and belief, only two employees were fired from the company and both were pregnant at the time or recently pregnant.

4.     Defendants eliminated plaintiff's position based upon her pregnancy.

5.     As a result of the foregoing, plaintiff has and continues to suffer loss of enjoyment of life, emotional distress, economic harm, pecuniary losses and other compensatory damages as a result of the discrimination.

**WHEREFORE**, plaintiff TSVETONKA PELTEKOVA hereby demands judgment on all counts against defendants TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown), jointly and severally, for compensatory and punitive damages, together with interest, attorneys fees, costs of suit and such other relief as the Court deems equitable and just.

## THIRD COUNT
### (Intentional Infliction of Emotional Distress)

1.     Plaintiff repeats and realleges each and every paragraph above as if set forth at length herein.

2.     The aforesaid actions of defendants were done intentionally, recklessly and/or in collusion with one another, and were further extreme and outrageous in character with the intent to cause plaintiff emotional distress.

3.    Defendants' conduct went beyond any reasonable decency and has caused and continues to cause plaintiff severe emotional distress such that no reasonable person could have endured such distress.

4.    As a direct and proximate result of defendants' improper and harassing conduct, plaintiff has suffered and continues to suffer severe emotional distress.

**WHEREFORE,** plaintiff TSVETONKA PELTEKOVA hereby demands judgment on all counts against defendants TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown), jointly and severally, for compensatory and punitive damages, together with interest, attorneys fees, costs of suit and such other relief as the Court deems equitable and just.

## FOURTH COUNT

### (Negligent Infliction of Emotional Distress)

1.    Plaintiff repeats and realleges each and every paragraph above as if set forth at length herein.

2.    Defendants' actions and conduct were done in a negligent manner and caused plaintiff to sustain the emotional distress and other injuries alleged herein.

**WHEREFORE,** plaintiff TSVETONKA PELTEKOVA hereby demands judgment on all counts against defendants TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown), jointly and severally, for compensatory damages, together with interest, attorneys fees, costs of suit and such other relief as the Court deems equitable and just.

## FIFTH COUNT

### (Hostile Work Environment Sexual Harassment)

1.    Plaintiff repeats and realleges each and every paragraph above as if set forth at

length herein.

2.      Defendants subjected plaintiff to severe and/or pervasive harassment based on her sex.

3.      This harassment and hostility rendered the workplace hostile and intolerable.

4.      As a result of the harassment, plaintiff has experienced emotional distress and physical distress, which negatively impacted her life and her pregnancy.

5.      As a direct and proximate result of defendants' improper and harassing conduct, plaintiff has suffered and continues to suffer personal physical injury, reputational harm, loss of enjoyment of life, emotional distress and other compensatory damages.

**WHEREFORE,** plaintiff TSVETONKA PELTEKOVA hereby demands judgment on all counts against defendants TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown), jointly and severally, for compensatory and punitive damages, together with interest, attorneys fees, costs of suit and such other relief as the Court deems equitable and just.

### DEMAND FOR TRIAL BY JURY
Plaintiff hereby demands trial by jury on all of the above issues.
### DESIGNATION OF TRIAL COUNSEL

Michael J. Epstein, Esq., is hereby designated as trial counsel herein.

### DEMAND FOR PRODUCTION OF STATEMENTS

Plaintiff hereby demands true and complete copies of any statements made by defendants pursuant to Rule 4:10-2(c). This demand is deemed to be continuing.

## DEMAND FOR INSURANCE AGEEMENTS

Pursuant to rule 4:10-2(b), demand is hereby made that you disclose to the under-signed whether there are insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in then action or to indemnify or reimburse for payment made to satisfy the judgment. If so, please attach a copy of each.

THE EPSTEIN LAW FIRM, P.A.
Attorneys for Plaintiff


BY: *Michael J. Epstein*
　　 Michael J. Epstein

Dated: February 26, 2024

## CERTIFICATION

I hereby certify that, pursuant to Rule 4:5-1: (1) the within matter in controversy is not the subject of any other action pending in any other court or arbitration; (2) no other action or arbitration proceeding is contemplated; and (3) no other necessary party to be joined in the subject litigation is presently known.

BY: *Michael J. Epstein*
　　 Michael J. Epstein

Dated: February 26, 2024

# Civil Case Information Statement

**Case Details: HUDSON | Civil Part Docket# L-000786-24**

**Case Caption:** PELTEKOVA TSVETANKA  VS
TRACKONOMY SYSTEMS I NC

**Case Initiation Date:** 02/27/2024

**Attorney Name:** GEORGE E MORTON III

**Firm Name:** EPSTEIN LAW FIRM, P.A.

**Address:** 340 WEST PASSAIC ST
ROCHELLE PARK NJ 07662

**Phone:** 2018455962

**Name of Party:** PLAINTIFF : Peltekova, Tsvetanka

**Name of Defendant's Primary Insurance Company**
(if known): Unknown

**Case Type:** LAW AGAINST DISCRIMINATION (LAD) CASES

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties** (arising out of same
transaction or occurrence)? NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by:** Tsvetanka Peltekova? NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Employer/Employee

**Does the statute governing this case provide for payment of fees by the losing party?** YES

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
   **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
   **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO
**Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

02/27/2024
Dated

/s/ GEORGE E MORTON III
Signed

HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY      NJ 07306

TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (201) 748-4400
COURT HOURS  8:30 AM - 4:30 PM

DATE:   FEBRUARY 27, 2024
RE:     PELTEKOVA TSVETANKA  VS TRACKONOMY SYSTEMS I NC
DOCKET: HUD L -000786 24

THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS:  HON KALIMAH H. AHMAD

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
AT:  (201) 748-4400 EXT 60085.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.

ATTENTION:

ATT: MICHAEL J. EPSTEIN
EPSTEIN LAW FIRM, P.A.
340 WEST PASSAIC ST
ROCHELLE PARK    NJ 07662

ECOURTS

HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY        NJ 07306

                                    TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (201) 748-4400
COURT HOURS  8:30 AM – 4:30 PM

                    DATE:   FEBRUARY 27, 2024
                    RE:     PELTEKOVA TSVETANKA   VS TRACKONOMY SYSTEMS I NC
                    DOCKET: HUD L -000786 24

    THE ABOVE CASE HAS BEEN ASSIGNED TO:   TRACK 3.

    DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON KALIMAH H. AHMAD

    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     002
AT:  (201) 748-4400 EXT 60085.

    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:
                                ATT: MICHAEL J. EPSTEIN
                                EPSTEIN LAW FIRM, P.A.
                                340 WEST PASSAIC ST
                                ROCHELLE PARK    NJ 07662

ECOURTS

TSVETANKA PELTEKOVA                    Plaintiff          Superior Court of New Jersey
              vs.                                          Law Division
TRACKONOMY SYSTEMS INC., ET AL         Defendant          Hudson County
                                                          Docket Number: HUD-L-000786-24

**Person to be served** (Name & Address):
TRACKONOMY SYSTEMS INC.                        **AFFIDAVIT OF SERVICE**
214 DEVCON DRIVE
SAN JOSE, CA 95112                              (For Use by Private Service)

**Attorney:**
Michael J Epstein, Esq.



STS2024019679

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** SUMMONS, COMPLAINT, JURY DEMAND, DEMAND FOR PRODUCTION OF STATEMENTS, DEMAND FOR INSURANCE AGREEMENTS, CERTIFICATION, CIS, TRACK ASSIGNMENT NOTICE, LAWYERS REFERRAL LIST

**Service Data:**

Served Successfully __X__   Not Served_____   Date: 3/6/2024_____   Time: 2:10 pm_____          Attempts:_____

_____ Delivered a copy to him / her personally          Name of Person Served and relationship / title:

_____ Left a copy with a competent household            KEITH ABRAMS_____
           member over 14 years of age residing
           therein                                           AGENT/AUTHORIZE AGENT_____

___X___ Left a copy with a person authorized to
        accept service, e.g. managing agent,
        registered agent, etc.

**Description of Person Accepting Service:**

Sex: M__   Age: 50+__   Height: 6'__   Weight: 170__   Skin Color: WHITE_____   Hair Color: GRAYING_____

**Comments or Remarks:**



**Server Data:**

To Be Used Where Electronic Signature Not Available         HelloSign Approved E-Signature
Served Data: Subscribed and Sworn to before me on
03/14 2024 by the affiant who is personally known to        I, Otto NG, was at the time of service a competent
me.                                                         adult not having a direct interest in the litigation. I
                                                            declare under penalty of perjury that the foregoing is
_____                                   true and correct.
NOTARY PUBLIC
                                                            _____          3/14/24
                                                            Signature of Process Server          Date

[Notary seal: LEANNA YANES CRUZ
Notary Public - California
Santa Clara County
Commission # 2448832
My Comm. Expires Jun 1, 2027]

                                                            STATUS, L.L.C.
                                                            PO Box 370
                                                            Bayville, NJ 08721
                                                            (908) 688-1414
                                                            Our Job Serial Number: STS-2024019679

TSVETANKA PELTEKOVA          Plaintiff

vs.

TRACKONOMY SYSTEMS INC., ET AL    Defendant

**Person to be served** (Name & Address):
MAC MCGARY
15201 WHITFIELD AVENUE
PACIFIC PALISADES, CA 90272

**Attorney:**
Michael J Epstein, Esq.

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-000786-24

**AFFIDAVIT OF SERVICE**

(For Use by Private Service)

STS2024022397

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** SUMMONS, COMPLAINT, JURY DEMAND, DEMAND FOR PRODUCTION OF STATEMENTS, DEMAND FOR INSURANCE AGREEMENTS, CERTIFICATION, CIS, TRACK ASSIGNMENT NOTICE, LAWYERS REFERRAL LIST

**Service Data:**

Served Successfully __X__   Not Served_____   Date: 3/18/2024   Time: 12:30 pm   Attempts:_____

_____ Delivered a copy to him / her personally

__X__ Left a copy with a competent household member over 14 years of age residing therein

_____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

"JOHN" "DOE" (REFUSED NAME)

HOUSEHOLD MEMBER/ CO-RESIDENT

**Description of Person Accepting Service:**

Sex: M   Age: 50   Height: 5'9"   Weight: 188   Skin Color: WHITE   Hair Color: BROWN

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on _____ 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARTHA D. DURAN
COMM. #2350973
Notary Public - California
Los Angeles County
My Comm. Expires Mar. 11, 2025

HelloSign Approved E-Signature

I, Carlos Abrego, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____        3/4/24
Signature of Process Server        Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024022397

# EXHIBIT B

**LITTLER MENDELSON, P.C.**
Lauren J. Marcus, N.J. Bar No. 030012009
One Newark Center, 8th Floor
Newark, New Jersey 07102
973.848.4700
*Attorneys for Defendant*
*Trackonomy Systems, Inc.*

| | |
|---|---|
| TSVETANKA PELTEKOVA,<br><br>                              Plaintiff,<br><br>vs.<br><br>TRACKONOMY SYSTEMS INC., MAC MCGARY and JOHN DOES 1-5 (name fictitious as presently unknown),<br><br>                              Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION:  HUDSON COUNTY<br><br>DOCKET NO. HUD-L-000786-24<br><br>**NOTICE OF FILING OF<br>NOITICE OF REMOVAL**<br><br>**Electronically Filed** |

**TO:    Clerk, Superior Court of New Jersey**
**Law Division, Middlesex County**
**56 Paterson St**
**New Brunswick, NJ 08903**

**SIR OR MADAM:**

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§1441 and 1446, Defendant

Trackonomy Systems, Inc. (hereinafter, "Defendant") has filed a Notice of Removal of the above-

captioned action in the United States District Court for the District of New Jersey.

Attached hereto as **Exhibit A** is a copy of the Notice of Removal of this case.  Upon filing

of this Notice of Filing of Notice of Removal, Defendant shall give written notice thereof to

Michael J. Epstein, Esq., The Epstein Law Firm, P.A., 340 West Passaic Street, Rochelle Park,

New Jersey 07662.

Pursuant to 28 U.S.C. 1446(d), the filing of the Notice of Removal in the United States

District Court for the District of New Jersey, together with the filing of a copy of the Notice of

Removal with this Court, effects the removal of this action, and this Court may proceed no further unless and until the action is remanded.

**LITTLER MENDELSON P.C.**
*Attorneys for Defendant*
*Trackonomy Systems, Inc.*

*/s/ Lauren J. Marcus*
_____
Lauren J. Marcus

Dated:  April 4, 2024

## CERTIFICATION OF SERVICE

I, Lauren J. Marcus, Esq. certify that on this date I caused a copy of this Notice of Filing of Notice of Removal (with a copy of the Notice of Removal attached) to be served via e-mail on Michael J. Epstein, Esq., The Epstein Law Firm, P.A., 340 West Passaic Street, Rochelle Park, New Jersey 07662, attorney for Plaintiff.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                    _s/ Lauren J. Marcus_____

Dated: April 4, 2024                    By    Lauren J. Marcus

# EXHIBIT A

George E. Morton, III, Esq. 411182022
**THE EPSTEIN LAW FIRM, P.A.**
340 West Passaic Street
Rochelle Park, New Jersey 07662
(201) 845-5962
Attorneys for Plaintiff

| | |
|---|---|
| TSVETANKA PELTEKOVA,<br><br>Plaintiff,<br><br>vs.<br><br>TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION – HUDSON COUNTY<br>DOCKET NO. HUD-L-786-24<br><br>_Civil Action_<br><br>**SUMMONS** |

FROM THE STATE OF NEW JERSEY TO:

### TRACKONOMY SYSTEMS INC.

The plaintiff named above has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deputyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer of the State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Clerk) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $135.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services offices in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deputyclerklawref.pdf.

Dated: February 28, 2024

/s/ Michelle M. Smith
Clerk of the Superior Court

Name of the Defendant(s) to be Served:
Address of the Defendant(s) to be Served:

TRACKONOMY SYSTEMS INC.
214 Devcon Drive
San Jose California 95112

COUNTY LAWYER REFERRAL/LEGAL SERVICES CONTACT INFORMATION

| | | |
|---|---|---|
| New Jersey Bar Association<br>Lawyer Referral Service<br>    (732)249-5000<br><br>Legal Services of New Jersey, Inc.<br>    (908)572-9100 | Gloucester County<br>Gloucester County Bar Association<br>Lawyer Referral Service<br>    (856)848-44071<br>*Regional Legal Services<br>    (856)848-5360 | Passaic County<br>Passaic County Bar Association<br>Lawyer Referral Service<br>    (973)278-9223<br>Passaic County Legal Aid<br>    (973)523-2900 |
| Atlantic County<br>Atlantic County Bar Association<br>Lawyer Referral Service<br>    (609)345-3444<br>Cape-Atlantic Legal Services<br>    (609)348-4200 | Hudson County<br>Hudson County Bar Association<br>Lawyer Referral Service<br>    (201)798-2727<br>Hudson County Legal Services<br>    (201)792-6363 | Salem County<br>Salem County Bar Association<br>Lawyer Referral Service<br>    (856)935-5629<br>*Regional  Legal Services<br>    (856)496-4570 |
| Bergen County<br>Bergen County Bar Association<br>Lawyer Referral Service<br>    (201)488-0044<br>Bergen County Legal Services<br>    (201)487-2166 | Hunterdon County<br>Hunterdon County Bar Association<br>Lawyer Referral Service<br>    (908)200-7822<br>Hunterdon County Legal Services<br>    (908)782-7979 | Somerset County<br>Somerset County Bar Association<br>Lawyer Referral Service<br>    (908)685-2323<br>Somerset-Sussex Legal Services<br>    (908)231-0840 |
| Burlington County<br>Burlington County Bar Association<br>Lawyer Referral Service<br>    (609)261-4862<br>*Regional  Legal Services<br>    (609)261-1088 | Mercer County<br>Mercer County Bar Association<br>Lawyer Referral Service<br>    (609)585-6200<br>Legal Aid Society-Mercer County<br>(609)695-6249 | Sussex County<br>Sussex County Bar Association<br>Lawyer Referral Service<br>    (973)267-5882<br>Somerset-Sussex Legal Services<br>    (973)-383-7400 |
| Camden County<br>Camden County Bar Association<br>Lawyer Referral Service<br>    (856)482-0618<br>*Regional Legal Services<br>    (856)964-2010 | Middlesex County<br>Middlesex County Bar Association<br>Lawyer Referral Service<br>    (732)828-0053<br>Middlesex County Legal Services<br>    (732)828-3433 | Union County<br>Union County Bar Association<br>Lawyer Referral Service<br>    (908)353-4715<br>Union County Legal Services<br>    (908)354-4340 |
| Cape May County<br>Cape May County Bar Association<br>Lawyer Referral Service<br>    (609)463-0313<br>Cape-Atlantic Legal Services<br>    (609)465-3001 | Monmouth County<br>Monmouth County Bar Association<br>Lawyer Referral Service<br>    (732)431-5544<br>Ocean-Monmouth Legal Services<br>    (732)414-6750 | Warren County<br>Warren County Bar Association<br>Lawyer Referral Service<br>    (908)387-1835<br>Warren County Legal Services<br>    (908)475-2010 |
| Cumberland County<br>Cumberland County Bar Assoc.<br>Lawyer Referral Service<br>    (856)696-5550<br>Legal Aid Society<br>    (856)691-0494 | Morris County<br>Morris County Bar Association<br>Lawyer Referral Service<br>    (973)267-5882<br>Legal Aid Society of Morris<br>    (973)285-6911 | |
| Essex County<br>Essex County Bar Association<br>Lawyer Referral Service<br>    (973)622-6204<br>Essex County Legal Aid Assoc.<br>    (973)622-0063 | Ocean County<br>Ocean County Bar Association<br>Lawyer Referral Service<br>    (732)431-5544<br>Ocean-Monmouth Legal Services<br>    (732)608-7794 | * Camden Regional Legal Services,<br>Inc. serves Burlington, Cumberland,<br>Gloucester and Salem  Counties. |

Michael J. Epstein, Esq. 034101996
**THE EPSTEIN LAW FIRM, P.A.**
340 West Passaic Street
Rochelle Park, New Jersey 07662
(201) 845-5962
Attorneys for Plaintiff

| | |
|---|---|
| TSVETANKA PELTEKOVA,<br><br>Plaintiff,<br>vs.<br><br>TRACKONOMY SYSTEMS INC.,<br>MAC MCGARY, and JOHN DOES 1-5<br>(name fictitious as presently unknown),<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION –HUDSON COUNTY<br><br>DOCKET NO. HUD-L-<br><br>Civil Action<br><br>**COMPLAINT** |

Plaintiff, TSVETANKA PELTEKOVA (hereinafter referred to as "Plaintiff"), residing at 5366 Riverside Station Blvd, Secaucus, New Jersey by way of complaint against Defendants TRACKONOMY INC., MAC MCGARY, and JOHN DOES 1-5 (hereinafter referred to as "Defendants"), says:

1.    At all times stated herein, defendants, TRACKONOMY SYSYTEMS INC. is located at 214 Devcon Drive, San Jose, California.

2.    At all times stated herein, DEFENDANT, MAC MCGARY, is an employee of DEFENDANTS TRACKONOMY SYSTEMS INC., and EVP of Sales supervising plaintiff in her role at DEFENDANTS TRACKONOMY SYSTEMS INC.

3.    In January 2022, Defendants hired Plaintiff as their employee to work out of and from New Jersey.

4.    At all times stated herein, plaintiff attended meetings, drafted memorandum, and performed all other tasks for Defendants from and in New Jersey. Plaintiff traveled to other locations on short term business trips.

5.      Plaintiff communicated with clients, supervisors, and coworkers from her office in New Jersey.

6.      At the direction of the defendants, plaintiff hosted potential clients in New Jersey in efforts to negotiate and procure clients for defendants.

7.      At all times relevant herein, defendants contacted and communicated with Plaintiff, their employee, while she was employed and worked in New Jersey. Such communications included, but are not limited to, electronic mail, text messages, phone calls, and payments for compensation directly to plaintiff.

8.      At all times stated herein, plaintiff satisfactorily performed her job and otherwise met the legitimate expectations of defendants.

9.      Plaintiff was an excellent employee, and defendants rewarded her with merit-based bonuses almost equal to her yearly salary based on her exemplary performance and professionalism.

10.     Plaintiff worked for DEFENDANT MAC MCGARY, prior to her employment for DEFENDANT TRACKONOMY SYSEMS INC.

11.     DEFENDANT MAC MCGARY, thought so highly of plaintiff that he personally asked her to leave her employment to start working with him for DEFENDANT TRACKONOMY SYSTEMS INC.

12.     Shortly after plaintiff started her employment, DEFENDANTS, TRACKONOMY SYSTEMS INC. and DEFENDANT MAC MCGARY implemented sexual and explicit language into their "lessons" about how to make sales.

13.     Plaintiff was subjected to sexual, explicit, and inappropriate behavior by her superiors, including, but not limited to, and by way of example, when defendants  brought her to

explicit and sexual clubs on business ventures and bragged to other employees and prospective clients about "dragging" plaintiff to these clubs.

14.    Plaintiff witnessed the maltreatment of her pregnant coworker, who had their wages garnished and reduced and heard her supervisors, including DEFENDANT MAC MCGARY, constantly addressing team calls and work meetings about the difficulties that pregnant employees cause to the business.

15.    Defendants' inappropriate language was not only reserved for women, but defendants stated that men who took time off and/or missed time at work for their families caused trouble for the business.

16.    Defendants cultivated an environment that caused plaintiff to fear losing her job if she became pregnant.

17.    Plaintiff became pregnant in the Fall of 2023.

18.    Plaintiff feared for her job and attempted to hide her pregnancy.

19.    In January 2024, plaintiff, as part of her duties for DEFENDANTS, was in Canada.

20.    Plaintiff was several months pregnant, and her pregnancy was obvious to those around her.

21.    On January 10, 2024, when plaintiff returned from the trip she spoke with her supervisor, DEFENDANT MAC MCGARY.

22.    DEFENDANT MAC MCGARY complimented plaintiff on her work and was pleased about how plaintiff managed her business accounts.

23.    Less than one hour later, plaintiff received a call from the same supervisor, DEFENDANT MAC MCGARY, who advised that she had been terminated.

24.    In an attempt to cover up defendants' wrongful termination of plaintiff on the basis that plaintiff was pregnant, DEFENDANT MAC MCGARY told plaintiff "You can explain. You

are doing a sabbatical. You're doing a career transition. You're moving, whatever it is you want to describe it. . . rather than saying you were terminated."

25.    On January 12, 2024, plaintiff received an email containing a separation agreement from defendants.

26.    The separation agreement included a release and waiver of liability in an attempt to protect defendants from their unlawful actions.

### FIRST COUNT
### (Violation of NJLAD – Gender/Pregnancy Discrimination)

1.    Plaintiff repeats and realleges each and every paragraph above as if set forth at length herein.

2.    At all times stated herein, plaintiff satisfactorily performed her job and otherwise met the legitimate expectations and needs of defendants.

3.    After defendants became aware of plaintiff's pregnancy, defendants started treating her differently.

4.    Plaintiff suffered disparate treatment and was wrongfully terminated as a result of her pregnancy.

5.    As a result of the foregoing, plaintiff has and continues to suffer loss of enjoyment of life, emotional distress, economic harm, pecuniary losses and other compensatory damages as a result of defendants' discriminatory action and wrongful termination.

WHEREFORE, plaintiff TSVETANKA PELTEKOVA hereby demands judgment on all counts against defendants TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown), jointly and severally, for compensatory and punitive damages, together with interest, attorneys' fees, costs of suit and such other relief as the Court deems equitable and just.

4

### SECOND COUNT
### (NJLAD – Wrongful Termination)

1.    Plaintiff repeats and realleges each and every paragraph above as if set forth at length herein.

2.    Defendants, through their actions and words, eliminated plaintiff's position when defendants became aware of her pregnancy.

3.    Defendants' rationale that they were laying employees off was a pretext. At the time of plaintiff's termination, on information and belief, only two employees were fired from the company and both were pregnant at the time or recently pregnant.

4.    Defendants eliminated plaintiff's position based upon her pregnancy.

5.    As a result of the foregoing, plaintiff has and continues to suffer loss of enjoyment of life, emotional distress, economic harm, pecuniary losses and other compensatory damages as a result of the discrimination.

**WHEREFORE**, plaintiff TSVETONKA PELTEKOVA hereby demands judgment on all counts against defendants TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown), jointly and severally, for compensatory and punitive damages, together with interest, attorneys fees, costs of suit and such other relief as the Court deems equitable and just.

### THIRD COUNT
### (Intentional Infliction of Emotional Distress)

1.    Plaintiff repeats and realleges each and every paragraph above as if set forth at length herein.

2.    The aforesaid actions of defendants were done intentionally, recklessly and/or in collusion with one another, and were further extreme and outrageous in character with the intent to cause plaintiff emotional distress.

3.      Defendants' conduct went beyond any reasonable decency and has caused and continues to cause plaintiff severe emotional distress such that no reasonable person could have endured such distress.

4.      As a direct and proximate result of defendants' improper and harassing conduct, plaintiff has suffered and continues to suffer severe emotional distress.

**WHEREFORE**, plaintiff TSVETONKA PELTEKOVA hereby demands judgment on all counts against defendants TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown), jointly and severally, for compensatory and punitive damages, together with interest, attorneys fees, costs of suit and such other relief as the Court deems equitable and just.

## FOURTH COUNT

### (Negligent Infliction of Emotional Distress)

1.      Plaintiff repeats and realleges each and every paragraph above as if set forth at length herein.

2.      Defendants' actions and conduct were done in a negligent manner and caused plaintiff to sustain the emotional distress and other injuries alleged herein.

**WHEREFORE**, plaintiff TSVETONKA PELTEKOVA hereby demands judgment on all counts against defendants TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown), jointly and severally, for compensatory damages, together with interest, attorneys fees, costs of suit and such other relief as the Court deems equitable and just.

## FIFTH COUNT

### (Hostile Work Environment Sexual Harassment)

1.      Plaintiff repeats and realleges each and every paragraph above as if set forth at

length herein.

2.     Defendants subjected plaintiff to severe and/or pervasive harassment based on her sex.

3.     This harassment and hostility rendered the workplace hostile and intolerable.

4.     As a result of the harassment, plaintiff has experienced emotional distress and physical distress, which negatively impacted her life and her pregnancy.

5.     As a direct and proximate result of defendants' improper and harassing conduct, plaintiff has suffered and continues to suffer personal physical injury, reputational harm, loss of enjoyment of life, emotional distress and other compensatory damages.

**WHEREFORE,** plaintiff TSVETONKA PELTEKOVA hereby demands judgment on all counts against defendants TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown), jointly and severally, for compensatory and punitive damages, together with interest, attorneys fees, costs of suit and such other relief as the Court deems equitable and just.

<u>**DEMAND FOR TRIAL BY JURY**</u>

Plaintiff hereby demands trial by jury on all of the above issues.

<u>**DESIGNATION OF TRIAL COUNSEL**</u>

Michael J. Epstein, Esq., is hereby designated as trial counsel herein.

<u>**DEMAND FOR PRODUCTION OF STATEMENTS**</u>

Plaintiff hereby demands true and complete copies of any statements made by defendants pursuant to Rule 4:10-2(c). This demand is deemed to be continuing.

## DEMAND FOR INSURANCE AGEEMENTS

Pursuant to rule 4:10-2(b), demand is hereby made that you disclose to the under-signed whether there are insurance agreements or policies under which any person or firm carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in then action or to indemnify or reimburse for payment made to satisfy the judgment. If so, please attach a copy of each.

THE EPSTEIN LAW FIRM, P.A.
Attorneys for Plaintiff

BY: *Michael J. Epstein*
       Michael J. Epstein

Dated: February 26, 2024

## CERTIFICATION

I hereby certify that, pursuant to Rule 4:5-1: (1) the within matter in controversy is not the subject of any other action pending in any other court or arbitration; (2) no other action or arbitration proceeding is contemplated; and (3) no other necessary party to be joined in the subject litigation is presently known.

BY: *Michael J. Epstein*
       Michael J. Epstein

Dated: February 26, 2024

8

# Civil Case Information Statement

**Case Details: HUDSON | Civil Part Docket# L-000786-24**

**Case Caption:** PELTEKOVA TSVETANKA  VS
TRACKONOMY SYSTEMS I NC

**Case Initiation Date:** 02/27/2024

**Attorney Name:** GEORGE E MORTON III

**Firm Name:** EPSTEIN LAW FIRM, P.A.

**Address:** 340 WEST PASSAIC ST
ROCHELLE PARK NJ 07662

**Phone:** 2018455962

**Name of Party:** PLAINTIFF : Peltekova, Tsvetanka

**Name of Defendant's Primary Insurance Company
(if known):** Unknown

**Case Type:** LAW AGAINST DISCRIMINATION (LAD) CASES

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same
transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Tsvetanka Peltekova?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** YES

**If yes, is that relationship:** Employer/Employee

**Does the statute governing this case provide for payment of fees by the losing party?** YES

**Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
**If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO
**Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

02/27/2024
Dated

/s/ GEORGE E MORTON III
Signed

```
HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY        NJ 07306
                                    TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (201) 748-4400
COURT HOURS  8:30 AM - 4:30 PM


                        DATE:  FEBRUARY 27, 2024
                        RE:    PELTEKOVA TSVETANKA  VS TRACKONOMY SYSTEMS I NC
                        DOCKET: HUD L -000786 24


    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.


    DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.


    THE PRETRIAL JUDGE ASSIGNED IS:  HON KALIMAH H. AHMAD


    IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      002
AT:  (201) 748-4400 EXT 60085.


    IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
    PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                        ATTENTION:

                                ATT: MICHAEL J. EPSTEIN
                                EPSTEIN LAW FIRM, P.A.
                                340 WEST PASSAIC ST
                                ROCHELLE PARK     NJ 07662


ECOURTS
```

HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY        NJ 07306

COURT TELEPHONE NO. (201) 748-4400
COURT HOURS  8:30 AM - 4:30 PM

TRACK ASSIGNMENT NOTICE

DATE:  FEBRUARY 27, 2024
RE:    PELTEKOVA TSVETANKA  VS TRACKONOMY SYSTEMS I NC
DOCKET: HUD L -000786 24

THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 3.

DISCOVERY IS   450 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

THE PRETRIAL JUDGE ASSIGNED IS:  HON KALIMAH H. AHMAD

IF YOU HAVE ANY QUESTIONS, CONTACT TEAM        002
AT:  (201) 748-4400 EXT 60085.

IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.

ATTENTION:

ATT: MICHAEL J. EPSTEIN
EPSTEIN LAW FIRM, P.A.
340 WEST PASSAIC ST
ROCHELLE PARK    NJ 07662

ECOURTS

TSVETANKA PELTEKOVA      Plaintiff

vs.

TRACKONOMY SYSTEMS INC., ET AL      Defendant

**Person to be served** (Name & Address):
TRACKONOMY SYSTEMS INC.
214 DEVCON DRIVE
SAN JOSE, CA 95112

**Attorney:**
Michael J Epstein, Esq.

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-000786-24

# AFFIDAVIT OF SERVICE

(For Use by Private Service)



STS2024019679

Cost of Service pursuant to R. 4:4-3(c)

$ _____

**Papers Served:** SUMMONS, COMPLAINT, JURY DEMAND, DEMAND FOR PRODUCTION OF STATEMENTS, DEMAND FOR INSURANCE AGREEMENTS, CERTIFICATION, CIS, TRACK ASSIGNMENT NOTICE, LAWYERS REFERRAL LIST

**Service Data:**

Served Successfully __X__    Not Served_____    Date: _3/6/2024_      Time: _2:10 pm_       Attempts:_____

_____ Delivered a copy to him / her personally

_____ Left a copy with a competent household member over 14 years of age residing therein

___X___ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

KEITH ABRAMS _____

AGENT/AUTHORIZE AGENT _____

**Description of Person Accepting Service:**

Sex: _M_    Age: _50+_    Height: _6'_    Weight: _170_    Skin Color: _WHITE_      Hair Color: _GRAYING_

**Comments or Remarks:**



LEANNA YANES CRUZ
Notary Public - California
Santa Clara County
Commission # 2448832
My Comm. Expires Jun 1, 2027

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on
_03/14_ 2024 by the affiant who is personally known to me.

_Yanes_
NOTARY PUBLIC

LEANNA YANES CRUZ
Notary Public - California
Santa Clara County
Commission # 2448832
My Comm. Expires Jun 1, 2027

HelloSign Approved E-Signature

I, Otto NG, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____     3/14/24
Signature of Process Server      Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024019679

TSVETANKA PELTEKOVA      Plaintiff
         vs.
TRACKONOMY SYSTEMS INC., ET AL      Defendant

Superior Court of New Jersey
Law Division
Hudson County
Docket Number: HUD-L-000786-24

**Person to be served** (Name & Address):
MAC MCGARY
15201 WHITFIELD AVENUE
PACIFIC PALISADES, CA 90272

**AFFIDAVIT OF SERVICE**

(For Use by Private Service)

**Attorney:**
Michael J Epstein, Esq.

STS2024022397

Cost of Service pursuant to R. 4:4-3(c)

$_____

**Papers Served:** SUMMONS, COMPLAINT, JURY DEMAND, DEMAND FOR PRODUCTION OF STATEMENTS, DEMAND FOR INSURANCE AGREEMENTS, CERTIFICATION, CIS, TRACK ASSIGNMENT NOTICE, LAWYERS REFERRAL LIST

**Service Data:**

Served Successfully __X__    Not Served_____    Date: _3/18/2024_    Time: _12:30 pm_      Attempts:_____

_____ Delivered a copy to him / her personally

__X__ Left a copy with a competent household member over 14 years of age residing therein

_____ Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc.

Name of Person Served and relationship / title:

"JOHN" "DOE" (REFUSED NAME)

HOUSEHOLD MEMBER/ CO-RESIDENT

**Description of Person Accepting Service:**

Sex: _M_    Age: _50_    Height: _5'9"_    Weight: _188_    Skin Color: _WHITE_    Hair Color: _BROWN_

**Comments or Remarks:**

**Server Data:**

To Be Used Where Electronic Signature Not Available
Served Data: Subscribed and Sworn to before me on _____ 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

HelloSign Approved E-Signature

I, Carlos Abrego, was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____    3/ц/24
Signature of Process Server      Date

STATUS, L.L.C.
PO Box 370
Bayville, NJ 08721
(908) 688-1414
Our Job Serial Number: STS-2024022397

MARTHA D. DURAN
COMM. #2350973
Notary Public - California
Los Angeles County
My Comm. Expires Mar. 11, 2025

# EXHIBIT C

**LITTLER MENDELSON, P.C.**
Lauren J. Marcus, N.J. Bar No. 030012009
One Newark Center, 8th Floor
Newark, New Jersey  07102
973.848.4700
*Attorneys for Defendant*
*Trackonomy Systems, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TSVETANKA PELTEKOVA,<br><br>              Plaintiff,<br><br>vs.<br><br>TRACKONOMY SYSTEMS INC., MAC MCGARY, and JOHN DOES 1-5 (name fictitious as presently unknown),<br><br>              Defendants. | Civil Action No.  2:24-cv-4530<br><br>**NOTICE TO ADVERSE PARTY OF FILING OF NOTICE OF REMOVAL**<br><br><br>***Electronically Filed*** |

**TO:**   Michael J. Epstein, Esq.
The Epstein Law Firm, P.A.
340 West Passaic Street
Rochelle Park, New Jersey 07662
Attorneys for Plaintiff

**PLEASE TAKE NOTICE** that that a Notice of Removal of the above-captioned action from the Superior Court of New Jersey, Law Division, Hudson County, New Jersey to the United States District Court for the District of New Jersey on this 4th day of April, 2024, in the United States District Court for the District of New Jersey pursuant to 28 U.S.C. §§ 1441 and 1446.  A copy of such Notice of Removal is attached hereto.

**LITTLER MENDELSON P.C.**
*Attorneys for Defendant*


*/s/ Lauren J. Marcus*
Lauren J. Marcus

Dated April 4, 2024